Approved: _____
           DAVID ROBLES
           Assistant United States Attorney

Before:  THE HONORABLE ONA T. WANG     **21 MAG 621**
        Chief United States Magistrate Judge
        Southern District of New York

- - - - - - - - - - - - - - - - - - x
                        :  **SEALED COMPLAINT**
                        :
UNITED STATES OF AMERICA     :  Violations of
                        :  18 U.S.C. §§
    - v. -              :  2252A(a)(2)(B) and
                        :  (b)(1), 2252A(a)(5)(B)
YOEL BELITZ,            :  and (b)(2), and 2
                        :
          Defendant.    :  COUNTY OF OFFENSE:
                        :  BRONX
                        :
                        :
- - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

    MICHAEL BUSCEMI, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**

(Distribution of Child Pornography)

    1.  From at least on or about June 20, 2020, up to and including at least on or about October 1, 2020, in the Southern District of New York and elsewhere, YOEL BELITZ, the defendant, knowingly did distribute and attempt to distribute material that contains child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, BELITZ distributed from his residence in the Bronx, New York, over the Internet, images and videos of child pornography.

    (Title 18, United States Code, Sections 2252A(a)(2)(B),
                 (b)(1), and 2.)

## COUNT TWO

(Possession of Child Pornography)

2.    From at least on or about June 20, 2020 up to and including at least on or about October 1, 2020, in the Southern District of New York and elsewhere, YOEL BELITZ knowingly did possess and access with intent to view, and attempt to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material containing an image of child pornography that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, BELITZ possessed in his residence in the Bronx, New York, images and videos of child pornography, including on his cellular phone, including images and videos involving a prepubescent minor or a minor who had not attained 12 years of age.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2.)

3.    The bases for my knowledge and for the foregoing charge are, in part, described in the following paragraphs.

4.    I am a Special Agent with the FBI and am currently assigned to a squad charged with enforcing federal laws prohibiting child pornography and other forms of child exploitation.  I have been personally involved in the investigation of this matter.  This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents and other individuals, as well as my examination of reports and other records.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported in this complaint, they are reported in substance and in part, except where otherwise indicated.

5.    Based on my conversations with other law enforcement officers involved in this investigation, my review of law enforcement reports and records, and my review of images and videos posted on a website called "LiveMe.com" by a particular

2

LiveMe user account (the "Subject Account"), I have learned the following, in substance and in part:

a. Starting on or about April 22, 2020, law enforcement began using a LiveMe account ("UC Account-1") to interact with other LiveMe users, including by participating in group and direct message chats with LiveMe accounts involved in exchanging child pornography.  Some of those LiveMe groups, or "Fams," were titled "Wonderland," "LoveCP," and "Lil ones! Trades." Law enforcement observed that these groups were being used to exchange several thousand files containing child pornography either directly in chats or by posting links to cloud file hosting services such as Dropbox or mega.nz.

b. On or about June 20, 2020, law enforcement used UC Account-1 to access the LiveMe group "Wonderland."  That same day, the Subject Account proceeded to post two links on the "Wonderland" group.  The first link contained a folder titled "kids videos," which contained approximately 647 files, consisting primarily of images of nude prepubescent children in sexually explicit poses, as well as images depicting the rape and other sexual assaults of prepubescent females.  At least one of the files depicted the sexual assault of an infant.  The second link contained a folder titled "Livemix," which contained approximately 628 files consisting primarily of videos depicting prepubescent and adolescent females, many of which depict the nude minor victims engaging in sexually explicit conduct and/or masturbation.  For example, one of the videos that I observed depicted a young female who appeared, based on my training and experience, to be under the age of approximately five years old, being forced to perform oral sex on an erect male penis until the penis ejaculated into the child's mouth.

c. On or about July 13, 2020, law enforcement used UC Account-1 to once again access the LiveMe group "Wonderland."  Law enforcement observed that the Subject Account had posted two links to the group.  The first link contained a folder titled "yng girls," which contained approximately 66 files.  The files consisted largely of videos depicting the sexual abuse of prepubescent children.  The second link contained a folder titled "91174674," which contained approximately 105 files.  The files were primarily a mixture of sexually explicit videos depicting either adults or females whose age could not be determined engaged in sex acts.  For example, one of the videos that I observed depicted a young teenage female exposing her genitals and masturbating.

d. On or about July 18, 2020, law enforcement used UC Account-1 to access the LiveMe group "Wonderland."  Law

enforcement observed that the Subject Account posted a link to a folder with the Russian title "видео."  The folder contained approximately 91 videos primarily depicting nude prepubescent children in sexually explicit poses and/or being sexually assaulted by adult males.  Law enforcement then used UC Account-1 to exchange direct messages with the Subject Account.  The following messages were exchanged with the Subject Account:

| | |
|---|---|
| **UC Account-1:** | Hey is that Russian site safe? |
| **Subject Account:** | Yes |
| **UC Account-1:** | Good stuff in there. Thx for sharing. Age you into? |
| **Subject Account:** | Teens |

e. Based on my training and experience, I believe that the user of the Subject Account was informing UC Account-1 that the link containing child pornography was safe to access and that the user of the Subject Account had a preference for child pornography depicting teenagers.

6.  Based on my review of subscriber information for the Subject Account, as well as my review of law enforcement reports and records, I have learned, in substance and in part, that the Subject Account lists a particular date of birth for its user ("DOB-1"), as well as a registered phone number that ends with 4172 (the "4172 Number").  Moreover, the IP login addresses for the Subject Account are associated with an internet service account registered to a particular address in the Bronx, New York (the "Subject Premises")

7.  Based on my review of publicly available records and subscriber information for the 4172 Number, I have learned, in substance and in part, that YOEL BELITZ, the defendant, lives in the Subject Premises.  Moreover, DOB-1 is the same date of birth as that of BELITZ.  The 4172 Number is also subscribed to in the name of BELITZ's father, as part of a family plan.  Accordingly, I believe that BELITZ was the user of the Subject Account.

8.  Based on my involvement in this investigation, including my conversations with YOEL BELITZ, the defendant, I have learned the following, in substance and in part:

a. On or about September 30, 2020, the Honorable Robert W. Lehrburger, United States Magistrate Judge, Southern District of New York, issued a warrant authorizing a search of the Subject Premises.

4

b. On or about October 1, 2020, I participated in the execution of the search of the Subject Premises.  Upon arriving at the Subject Premises, I observed YOEL BELITZ, the defendant, inside the Subject Premises.

c. While at the Subject Premises, YOEL BELITZ stated to me and other law enforcement officers, in sum and substance, that he was the user of the Subject Account and that he had been using the Subject Account and other internet accounts to distribute links containing child pornography over the internet and to view child pornography.

d. During the execution of the search of the Subject Premises, law enforcement seized multiple electronic devices belonging to BELITZ, including BELITZ's cellular phone (the "BELITZ Cellphone"), laptop, and hard drives.

9.  Based on my review of the contents of the BELITZ Cellphone, I have learned, in substance and in part, that the BELITZ Cellphone contained several hundred stored media files depicting child pornography, including photographs and videos of nude infants and prepubescent children engaging in various sex acts.

WHEREFORE, deponent respectfully requests that a warrant issue for the arrest of YOEL BELITZ, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.


S/ Michael Buscemi/otw.  Cred. No. 25714
Michael Buscemi
Special Agent
Federal Bureau of Investigation


Sworn to by telephone in accordance
with Fed. R. Crim. P. 4.1 this 15th day of January, 2021

THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York

5