UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

UNITED STATES OF AMERICA

            Docket No.: 21 Cr. ___

     - v. -

YOEL BELITZ,                    **AFFIDAVIT OF**
                                     **YOEL BELITZ**

                Defendant.
-------------------------------------------------------------------------------x

STATE OF NEW YORK   )
                      )   ss.:
COUNTY OF BRONX    )

     **YOEL BELITZ**, being duly sworn, deposes and says:

     1.     I am the above-named defendant in this matter and have personal knowledge of the facts set forth below unless otherwise stated and I affirm, under the penalties of perjury under the laws of the State of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

     2.     I submit this affidavit in support of my motion to suppress statements extracted from me on October 1, 2020 in violation of my Miranda rights. (the "Motion").

     3.     I am twenty four years old and reside at 545 West 246th Street in Bronx, New York.

     4.     On October 1, 2020 at approximately 6 am, I was awakened by the noise of approximately fifteen armed agents and police offers entering my home. I was upstairs coming out of my bedroom and was immediately told to raise my hands by one of the agents who proceeded to escort me downstairs to the living room where I was placed with my mother, sister and brother.

{11988722:1}                       1

5. After a few minutes I was separated from my family and told to follow two FBI agents, one identified as FBI Agent Michael Buscemi, upstairs where I was directed to my brothers' bedroom. I was undergoing an acute panic attack. I have been under the care of a psychiatrist for several years who prescribe me Xanax and Zoloft for anxiety and depression.

6. The two agents told me that they wanted to ask me questions. They told me that if I needed anything such as a sweater, if I was cold, they would get it for me or that if I needed to go to the bathroom I should let them know. They also told me that my mother and brother and sister were fine and I should not worry about them. That also made me realize that I was not free to get up and go see them. It was made clear that I was not free to leave. Before asking me questions the two agents tried to calm me down and told me repeatedly that I was not under arrest. By saying that repeatedly it made me even more frightened and I cried in response, "Why do you keep saying that?

7. Agent Buscemi and the other agent told me that they wanted to find out from me whether I had harmed or raped a child. I was horrified by this accusation since I had never done any such thing. I believed that I had to answer their questions because if they continued to make this accusation and I did not answer their questions to their satisfaction I would be immediately arrested.

8. The Agent who was with Agent Buscemi said something to the effect that "Mike wants to ask you some questions. He already knows about your accessing and viewing child pornography and your other activities. He said I should consider these questions like a lie detector test and if I did not answer them truthfully then Agent Mike would conclude that I had raped a child. I was extremely frightened by this false accusation and knew that I had to answer

whatever they asked to protect myself from being arrested. They kept saying that what they want from me is the truth.

9.      At one point I recall the agents telling me I could take a walk but I did not for one second believe that to be true and believed that they were saying that just to calm me down. The agents were seated two feet from me and I never for one second believed that I was free to get up and leave the room.

10.     At one point, I asked to go to the bathroom. A female officer was called and she escorted me to the bathroom. I was told that I had to leave the door open a crack. I asked if I could go to my room to get a tissue. The officer said she would get it for me.

11.     I repeatedly mentioned that I was scared to talk to them without a lawyer because I was afraid I could get myself into more trouble. They responded that "we already know everything." I repeatedly mentioned that I felt that I should consult with a lawyer. The agents said you can do what you want but never stopped the questioning to give me an opportunity to consult with a lawyer. The questioning lasted for approximately 90 minutes. At no time was I ever advised that my statements to the agents could be used against me.

_____
YOEL BELITZ

Sworn to before me
This _8th_ day of _December_, 2021

_____
Notary Public

ZINAIDA MULODZHANOVA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MU6378294
Qualified In Queens County
Commission Expires July 23, 2022

{11988722:1}                                    3