UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------x

UNITED STATES OF AMERICA

       - v. -

YOEL BELITZ,

                   Defendant.

1:21-Cr-00693 (JR)

**AFFIDAVIT OF
LEORA  BELITZ**

---

STATE OF NEW YORK    )
                           )    ss.:
COUNTY OF BRONX    )

**LEORA BELITZ**, being  sworn, deposes and says:

1. I am the sister of the above-named defendant in this matter and have personal knowledge of the facts set forth below unless otherwise stated.  I affirm, under the penalties of perjury under the laws of the State of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

2. I am twenty years old and reside at 545 West 246th Street in Bronx, New York with Yoel, our younger brother, and our mother.

3. On October 1, 2020 at approximately 6 am, I was awakened by a loud banging on the front door of our house.  I looked out of the window and saw approximately fifteen to twenty law enforcement officers, several of whom had the words FBI written on their jackets.  I heard them shout, " If you don't open the door, we are coming in."

4.  When I opened the front door in response to the pounding, my mom, younger brother, and I were forced to step aside in the cold dawn air only partially clothed.  My mother was in her underwear.  Other agents spread out throughout the house and told us there were more agents surrounding the property. The agents were armed and wearing bullet-proof vests.

5.  Subsequently, once we were ushered into the living room and being 'guarded' there, Yoel was very anxious and emotional, and kept asking over and over what this was about.  The agents wouldn't offer any explanation other than they had a warrant to search the premises. Mom repeatedly asked what the warrant was looking for, but they wouldn't answer her.

6.  After a short time, two agents escorted Yoel back upstairs.  Yoel was kept upstairs for approximately one hour and forty minutes.  Later the agents told my mother that they had considered calling an ambulance because of Yoel's distraught condition.

7.  By the time he was escorted back downstairs after the agents had interrogated him, I saw that he was in acute emotional distress, hysterical, and appeared to be in the midst of a panic attack. He was breathing heavily with tears streaming down his face and unable to calm himself.

8.  My mother, my younger brother and I were guarded the entire time the agents were in the house.  When my mother asked to get dressed, an agent accompanied her.  When we asked to use the bathroom, an agent stood outside the bathroom door.

9.  My mother was extremely concerned about Yoel's condition, but we were not permitted to leave the living room during Yoel's nearly 90-minute interrogation, except to use the bathroom (with the door left ajar) and put on some clothing in the company of an agent, while Yoel was undergoing interrogation in the upstairs bedroom.  .

LEORA BELITZ

Sworn to before me
This 8th day of December , 2021

Notary Public

JOHN F KIM
Notary Public - State of New Jersey
My Commission Expires Dec 27, 2024