

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

**Pursuant to the Court's order on October 19, 2022, a psychosexual evaluation has been ordered on Yoel Belitz, Ind. 21 Cr. 693 (JSR)**

Psychosexual evaluation ordered ✓ _____

Psychosexual evaluation not ordered _____

Other _____

_10/20/22_
Date

_[signature]_
Honorable Jed S. Rakoff
Senior U.S. District Judge