UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                  21-CR-693 (JSR)

      - against -

                                                  ORDER

YOEL BELITZ

      Defendant

------------------------------------------------------------x

      It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, LCSW P.C. in the amount of $5,000.00, for professional services rendered in connection with the above captioned case.

      SO ORDERED,

                    _____
                    USDJ

Dated: New York, New York

      December   , 2022



# MCC CONSULTING, INC. d/b/a
# The New York Mental Health Group

Tax ID: 26-3364384;    DUNS #: 080727853

**Jennifer A. McCarthy, Ph.D.**
**Executive Director**

*INVOICE*

November 10, 2022

Re: **United States of America v. Yoel Belitz**
   **21 Cr. 693 (JSR)**

*Psychosexual Evaluation & Report*          **$5,000.00**
*Date of Service: October 21, 23, 2022*
            *November 1, 2022*

Brooklyn Office: 26 Court Street, Suite 702, Brooklyn, NY 11242
Manhattan Office: 100 Church Street, Suite 800, New York, NY 10007
Long Island Office: 171 South Wellwood Avenue, Suite A, Lindenhurst, NY 11757
T: 347-661-9002     F: 347-438-3073