Bradley Simon
Partner

bsimon@schlamstone.com

**Schlam Stone**
**&Dolan** LLP
26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

July 8, 2026

**VIA ECF**
The Honorable Jed Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 100007-1312

                    RE:  **United States v. Yoel Belitz**
                         **1:21-cr-00693 (JSR)**

Dear Judge Rakoff:

As permitted by the Court following a telephonic conference yesterday with your Chambers
and AUSA David Robles, I respectfully submit this letter requesting permission for Yoel
Belitz to join his mother, brother and sister on a short vacation to Shelter Island New York
from July 26 to July 31.

Mr. Belitz was sentenced before Your Honor on November 29, 2022 to five years probation
following his plea to one count of possession of child pornography in violation of Title 18
U.S.C. Section 2252A(a)(5)(B).  In the more than three and a half years that Mr. Belitz has
been on probation he has been fully compliant in all respects. Throughout this time he has
been gainfully employed full time as a cyber security analyst/consultant working 180 hours
per month.

AUSA David Robles has indicated that he has no objection to this request.

Your Honor's attention to this matter is greatly appreciated.

                              Respectfully submitted,

                              Bradley D. Simon

SO ORDERED

J SDJ

7-9-26